UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-320(JMR/RLE)

| | | |
|---|---|---|
| Alfonso and Jana Murphy | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Metes and Bounds Property Management and Housing Coalition of St. Cloud Area | ) | |

Based upon the agreement of the parties, the Court hereby dismisses with prejudice defendant Housing Coalition of the St. Cloud Area.

IT IS SO ORDERED.

Dated: April 27th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____