UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alphonso and Jana Murphy,

Plaintiffs,

vs.

Metes & Bounds Property Management, a Minnesota Corporation,

Defendant.

Case No.: 00-CV-320(JMR/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER**

The parties to the above-entitled matter, through their counsel, hereby stipulate and agree that this matter, including all claims which were or could have been asserted therein, be DISMISSED WITH PREJUDICE, and without cost to the parties. Each party shall bear its own costs and attorneys' fees and no separate claim or petition with this matter. The parties further request the Court to enter judgment pursuant to this stipulation.

Dated: 6/9/00

LAW OFFICES OF ST. CLOUD AREA LEGAL SERVICES

Doug Clark

830 W. St. Germain Street, Suite 300
P.O. Box 886
St. Cloud, Minnesota 56302
Telephone: (320) 253-0121

ATTORNEY FOR PLAINTIFFS

Dated: 6-12-00

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston
Susan M. Bazil
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131

ATTORNEYS FOR DEFENDANT

JUN 20 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the above-entitled matter be dismissed on its merits and with prejudice, and without costs to either party.

BY THE COURT:

Dated: June 19, 2000

The Honorable James M. Rosenbaum
U.S. District Court Judge